SMITH, Defendant in Error, *vs.* SCHIBEL, Plaintiff in Error.

1. Walker *v.* Mauro, 18 Mo. Rep., 564, affirmed.

*Error to St. Louis Law Commissioner's Court.*

The petition of Smith, the plaintiff below, *stated* that Schibel, the defendant, was indebted to Charles Luciane on account of borrowed money, and that Luciane assigned his claim to Selar Simons, who assigned the same to the plaintiff. The plaintiff prayed judgment. A demurrer to this petition being overruled, the defendant sued out a writ of error.

*H. N. Hart,* for plaintiff in error.

*Blennerhasset & Shreve,* for defendant in error.

GAMBLE, Judge. In the case of *Walker* v. *Mauro,* decided at this term, it was held that, under our code, which blends law and equity, the assignee of a debt may maintain an action in his own name. This case appears to come within the same principle. The defendant demurred to the petition, and the demurrer was overruled. No other point appears to be presented than the question, whether a debt or account may be assigned,

and whether the assignee may sue in his own name, under the code. The judgment is, with the concurrence of the other judges, affirmed.